JS-6

John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
Alina S. Vulic (SBN 337080)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: 310-273-1230
Facsimile: 310-858-1063
*kristensen@cz.law*
*jmartinez@cz.law*
*avulic@cz.law*

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ADRIANA FAJARDO URRUTIA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> 8250 SUNSET BLVD INC. dba THE BODY SHOP, a California Corporation; SALAH AL - MUDARRIS, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, <br><br> Defendants. | Case No.: CV 21-7935-GW-JCx <br><br> **COLLECTIVE ACTION** <br><br> **JUDGMENT IN FAVOR OF PLAINTIFF ANGEL VERA, AGAINST 8250 SUNSET BLVD INC. DBA THE BODY SHOP, & SALAH AL -MUDARIS** <br><br> Complaint Filed: October 4, 2021 |

On October 19, 2022, defendants 8250 Sunset Blvd. Inc. dba The Body Shop and Salah al-Mudarris (collectively, "Defendants") served plaintiff Angel Vera ("Plaintiff" or "Vera") with a Fed. R. Civ. P. 68 Offer of Judgment in this action

**[PROPOSED] JUDGMENT IN FAVOR OF ANGEL VERA**
-1-

in the amount of TWENTY THOUSAND U.S. DOLLARS AND ONE CENT ($20,000.01), **exclusive** of reasonable attorneys' fees and costs. On November 02, 2022, Plaintiff accepted the offer. *See* Dkt. 64.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of TWENTY THOUSAND U.S. DOLLARS AND ONE CENT ($20,000.01), **exclusive** of reasonable attorneys' fees and costs.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Plaintiff and against Defendants for the total sum of TWENTY THOUSAND U.S. DOLLARS AND ONE CENT ($20,000.01), **exclusive** of reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 3, 2022

*[signature]*

Hon. George H. Wu
United States District Judge