**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANA FAJARDO URRUTIA, an individual, MAGGIE LOPATIN, an individual, and on behalf of all other individuals similarly situated,<br><br>            Plaintiffs,<br>   vs.<br><br>8250 SUNSET BLVD INC., dba THE BODY SHOP, a California Corporation; SALAH AL-MUDARRIS, an individual,; MIKE MUDARIS, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive,<br><br>            Defendants. | Case No.: CV 21-7935-GW-JCx<br><br>**COLLECTIVE ACTION**<br><br>**Assigned to George H. Wu**<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFFS' ATTORNEYS' FEES AND COSTS**<br><br>**Hearing**<br>**Date:**   January 12, 2023<br>**Time:**   8:30 a.m.<br>**Ctrm:**   9D |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFFS' ATTORNEYS' FEES AND COSTS**

This matter is before the Court on the Joint Stipulation Regarding Plaintiffs' Attorneys' Fees and Costs. Upon consideration of the Joint Stipulation, and good cause shown, the Stipulation is **GRANTED** as follows:

1. Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Costs [Dkt. 79] is hereby **WITHDRAWN** from this Court's docket;

2. **FURTHER**, in exchange, Defendants are hereby **ORDERED** to pay Counsel for Plaintiffs' Attorneys' Fees and Costs in the following manner:

   a. Defendants shall pay Counsel for Plaintiffs the sum of **TWENTY THOUSAND U.S. DOLLARS WITH ZERO CENTS ($20,000.00)** on or before January 3, 2023.

   b. **FURTHER**, Defendants shall pay an additional **TWENTY THOUSAND U.S. DOLLARS WITH ZERO CENTS ($20,000.00)** in monthly payments of **FIVE THOUSAND U.S. DOLLARS WITH ZERO CENTS ($5,000.00)** starting on March 1, 2023, with the last payment on June 1, 2023.

3. **FURTHER**, Plaintiffs can file a Stipulated Judgment with this Court against Defendants should payment fail to arrive in a timely manner.

**IT IS SO ORDERED.**

Dated: January 3, 2023

_____
Honorable George H. Wu
United States District Judge

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFFS' ATTORNEYS' FEES AND COSTS**